**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Jason Y. Chao, Esq. (SBN 250735)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
jchao@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:15-cv-01531-MJS<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

The parties have stipulated to dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). They also have consented to the jurisdiction of the Magistrate Judge for the limited purpose of entering this dismissal without prejudice.

1

CASE NO.: 1:15-cv-01531-MJS
STIPULATION TO DISMISS

1  Pursuant to the stipulation filed by the parties, IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), all parties to bear their own costs.

IT IS SO ORDERED.

Dated:   January 25, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE